

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2015

No. 04-15-00504-CV

**IN THE INTEREST OF C.S.D. AND J.C.D., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01571
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the July 24, 2015 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on September 24, 2015. *See* TEX. R. APP. P. 38.6(a). On the brief's due date, Appellant filed her first unopposed motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court by October 14, 2015. *See id.* Further motions for extension of time to file Appellant's brief will be disfavored. *See* TEX. R. JUD. ADMIN. 6.2, (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court